3171-12

**McGIVNEY & KLUGER, P.C.**
Michael R. Sarno, Esq. (MS 0092)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendant, Connecticut General Life Insurance Company, improperly pleaded as Cigna Insurance Company

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o JASMINA BAKIC,<br><br>Plaintiff,<br>v.<br><br>CIGNA INSURANCE COMPANY; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>Defendants. | Civil Action 2:12-cv-04557-CCC-JAD<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The parties having notified the Court that the above action has been settled,

It is on this 20th day of December 2012,

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to either party, and it is further ordered that upon good cause shown within sixty (60) days from the date of this order, the parties may reopen the action if the settlement is not consummated.

_____
HON. CLAIRE C. CECCHI, U.S.D.J.

{F0820301-1}                                1