McGIVNEY & KLUGER, P.C.
Michael R. Sarno, Esq. (MS 0092)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendant, Connecticut General Life Insurance Company, improperly pleaded as Cigna Insurance Company

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o JASMINA BAKIC,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA INSURANCE COMPANY; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>Defendants. | Civil Action 2:12-cv-04557-CCC-JAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with Prejudice as to Defendant, Connecticut General Life Insurance Company, improperly pleaded as Cigna Insurance Company, and without costs against either party.

MASSOOD & BRONSNICK, LLC                    McGIVNEY & KLUGER, P.C.

By: _____                     By: _____
Andrew R. Bronsnick, Esq.                   Michael R. Sarno, Esq.
Attorney for Plaintiff                      Attorney for Defendant

{F0882581-1}