McGIVNEY & KLUGER, P.C.
Michael R. Sarno, Esq. (MS 0092)
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Defendant, Connecticut General Life Insurance Company, improperly pleaded as Cigna Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| NEW JERSEY BACK INSTITUTE a/s/o JASMINA BAKIC,<br><br>Plaintiff,<br>v.<br><br>CIGNA INSURANCE COMPANY; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>Defendants. | Civil Action 2:12-cv-04557-CCC-JAD<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with Prejudice as to Defendant, Connecticut General Life Insurance Company, improperly pleaded as Cigna Insurance Company, and without costs against either party.

MASSOOD & BRONSNICK, LLC

By: _____
Andrew R. Bronsnick, Esq.
Attorney for Plaintiff

McGIVNEY & KLUGER, P.C.

By: _____
Michael R. Sarno, Esq.
Attorney for Defendant

{F0882581-1}

SO ORDERED
*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.
Date: June 7, 2013